**Appeal Ordered Withdrawn and Opinion issued January 14, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-99-00192-CR

---

**THE STATE OF TEXAS, Appellant**

**V.**

**LARRY L. DYER, Appellee**

---

**On Appeal from the County Criminal Court No. 4
Dallas County, Texas
Trial Court Cause No. MA98-10127-E**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-00192-CR    Date Filed: 02/04/1999

Style:   The State of Texas
             v.
         Dyer, Larry

Trial Judge:              Taite, Ralph
Trial Court Reporter:         Samano, Carolyn S.
Trial Court:              COUNTY CRIMINAL COURT NO 4  Trial County:        DALLAS

---

STA    William T. (Bill) Hill, Jr.
       ATT 009669000
       ATTN:  APPELLATE SECTION
       Frank Crowley Courts Bldg., 10th FL
       133 N. Industrial Blvd. LB 19
       Dallas, TX 75207
       Phone 214/653-3845
       Fax

JAMES SIMON
FIRST FIDELITY ACCEPTANCE CORPORATION
75 PAR LANE
NOVATO  CA 94949-5814